946

No. 1239. Giagnocavo v. Bucks County Commissioners, 397 U. S. 590. Motion to dispense with printing petition granted. Petition for rehearing denied.

June 4, 1970

No. 1577. McCarthy v. United States. C. A. 2d Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

June 8, 1970*

No. 1463. National Advertising Co. v. County of Monterey et al. Appeal from Sup. Ct. Cal. Motion to dismiss granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.